IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                         **CRIMINAL ACTION NO. 1:04CR92-P-D**

**KENNETH WEBB,**                                                          **DEFENDANT.**

### ORDER

This matter comes before the court upon Defendant's Motion for Continuance [44-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

The motion is well-taken and should be granted. Trial is currently set for November 14, 2005. Defense counsel avers that he has prior scheduled matters that conflict with the current trial setting. The defendant is free on bond. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from November 14, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel time to adequately defend his client. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [44-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, January 30, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from November 14, 2005 to January 30, 2006 is excluded as set out above;

1

(4) The deadline for filing pretrial motions is January 7, 2006; and

(5) The deadline for submitting a plea agreement is January 14, 2006.

**SO ORDERED**, this 11th day of October, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE